1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  PHILIP KOPCZYNSKI (NYBN 4627741)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7027
       philip.kopczynski@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,            )  No. 16-CR-279 RS
                                        )
14         Plaintiff,                   )
                                        )  STIPULATION TO EXCLUDE TIME
                                        )  UNDER THE SPEEDY TRIAL ACT;
15     v.                               )  [PROPOSED] ORDER
                                        )
16 TOMMY YEINHTOY KO,                   )
                                        )
17         Defendant.                   )
                                        )
18

19                              **STIPULATION**

20     Plaintiff the United States of America, by and through Special Assistant United States Attorney

21 Philip Kopczynski, and Defendant Tommy Yeinhtoy Ko, by and through Federal Public Defender

22 Steven Kalar, hereby stipulate that, with the Court's approval, the time between August 30, 2016 and

23 September 27, 2016 is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

24 for effective preparation by counsel. This time is excludable because counsel will use the time to review

25 ///

26 ///

27 ///

28 ///

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. 16-CR-279 RS

the facts and discuss a potential resolution of the case, and for the reasons stated on the record on August 30, 2016.

IT IS SO STIPULATED.

Dated: August 31, 2016         ___/s/_____
                               PHILIP KOPCZYNSKI
                               Special Assistant United States Attorney


Dated: August 31, 2016         ___/s/_____
                               STEVEN KALAR
                               Federal Public Defender


## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties,

THE COURT FINDS that failing to exclude the time between August 30, 2016 and September 27, 2016 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between August 30, 2016 and September 27, 2016 from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between August 30, 2016 and September 27, 2016 shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: September 1, 2016       _____
                               HON. RICHARD SEEBORG
                               United States District Judge

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. 16-CR-279 RS