1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  PHILIP KOPCZYNSKI (NYBN 4627741)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7027
       philip.kopczynski@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        ) No. 16-CR-279 RS
                                      )
14 |      Plaintiff,                  ) STIPULATION TO EXCLUDE TIME
                                      ) UNDER THE SPEEDY TRIAL ACT;
15 |   v.                             ) [PROPOSED] ORDER
                                      )
16 | TOMMY YEINHTOY KO,               )
                                      )
17 |      Defendant.                  )
                                      )
18

19                              **STIPULATION**

20      Plaintiff the United States of America, by and through Special Assistant United States Attorney

21 Philip Kopczynski, and Defendant Tommy Yeinhtoy Ko, by and through Federal Public Defender

22 Steven Kalar, hereby stipulate that, with the Court's approval, the time between September 27, 2016,

23 and October 25, 2016, is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

24 (B)(iv), for effective preparation by defense counsel and continuity of counsel.  This time is excludable

25 //

26 //

27 //

28 //

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. 16-CR-279 RS

for the reasons stated on the record on September 27, 2016.

IT IS SO STIPULATED.

Dated: September 28, 2016          \_\_\_/s/_____
                                   PHILIP KOPCZYNSKI
                                   Special Assistant United States Attorney

Dated: September 28, 2016          \_\_\_/s/_____
                                   STEVEN KALAR
                                   Federal Public Defender

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties,

THE COURT FINDS that failing to exclude the time between September 27, 2016, and October 25, 2016, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between September 27, 2016, and October 25, 2016, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between September 27, 2016, and October 25, 2016, shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: \_\_\_\_9/29_____, 2016          _____
                                            HON. RICHARD SEEBORG
                                            United States District Judge

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. 16-CR-279 RS