1    BRIAN J. STRETCH (CABN 163973)
    United States Attorney

2

   BARBARA J. VALLIERE (DCBN 439353)
3    Chief, Criminal Division

4    PHILIP KOPCZYNSKI (NYBN 4627741)
    Special Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7        Facsimile: (415) 436-7027
        philip.kopczynski@usdoj.gov
8
   Attorneys for United States of America
9

10                   UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13    UNITED STATES OF AMERICA,       )    No. 16-CR-279 RS
                                      )
14         Plaintiff,                )    STIPULATION TO EXCLUDE TIME
                                      )    UNDER THE SPEEDY TRIAL ACT;
15     v.                        )    [~~PROPOSED~~] ORDER
                                      )
16    TOMMY YEINHTOY KO,           )
                                      )
17         Defendant.             )
                                      )

18

19                             **STIPULATION**

20       Plaintiff the United States of America, by and through Special Assistant United States Attorney

21    Philip Kopczynski, and Defendant Tommy Yeinhtoy Ko, by and through Federal Public Defender

22    Steven Kalar, hereby stipulate that, with the Court's approval, the time between October 25, 2016, and

23    December 13, 2016, is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

24    for effective preparation by counsel and continuity of counsel.  This time is excludable for the reasons

25    //

26    //

27    //

28    //

   STIP. TO EXCLUDE TIME; PROPOSED ORDER
   NO. 16-CR-279 RS

1  stated on the record on October 25, 2016.

2      IT IS SO STIPULATED.

3  Dated: October 27, 2016                    ___/s/_____
                                              PHILIP KOPCZYNSKI
4                                             Special Assistant United States Attorney

5

6  Dated: October 27, 2016                    ___/s/_____
                                              STEVEN KALAR
7                                             Federal Public Defender

8

9

10

11                          ~~[PROPOSED]~~ ORDER

12      GOOD CAUSE APPEARING, upon stipulation of the parties,

13      THE COURT FINDS that failing to exclude the time between October 25, 2016, and December

14  13, 2016, would unreasonably deny counsel the reasonable time necessary for effective preparation,

15  taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.

16  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

17      THE COURT FURTHER FINDS that the ends of justice served by excluding the time between

18  October 25, 2016, and December 13, 2016, from computation under the Speedy Trial Act outweigh the

19  interests of the public and the defendant in a speedy trial.

20      THEREFORE, IT IS HEREBY ORDERED that the time between October 25, 2016, and

21  December 13, 2016, shall be excluded from computation under the Speedy Trial Act.

22      IT IS SO ORDERED.

23  Dated: __11/3_____, 2016           _____
                                              HON. RICHARD SEEBORG
24                                            United States District Judge

25

26

27

28

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. 16-CR-279 RS